UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **KEMPTHORNE, CHERI** | ) | Bankruptcy Case No. 16-82689 TML |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on August 14, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    KEMPTHORNE, CHERI
    218 BELTEBERG ROAD
    LOVES PARK, IL 61111

    DANIEL A SPRINGER
    SPRINGER LAW FIRM
    2222 E. STATE ST., STE. 107
    ROCKFORD, IL 61104
    *(Via ECF Electronic Transmission)*

    Patrick Layng
    219 S. Dearborn Street
    Room 873
    Chicago, IL 60604
    *(Via ECF Electronic Transmission)*

    Quantum3 Group LLC as agent for
    Comenity Bank
    PO Box 788
    Kirkland, WA 98083-0788

    Portfolio Recovery Associates, LLC
    Successor to SYNCHRONY BANK
    (HOME DESIGN FURNITURE),POB 41067
    Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(WALMART MASTER CARD),POB 41067
Norfolk, VA 23541

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com