# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: KEMPTHORNE, CHERI § Case No. 16-82689
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $104,155.00        Assets Exempt: $47,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,671.89    Claims Discharged
                                              Without Payment: $29,065.83

Total Expenses of Administration: $2,838.14

3) Total gross receipts of $ 9,510.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,510.03 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $70,295.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,838.14 | 2,838.14 | 2,838.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,357.00 | 8,724.72 | 8,724.72 | 6,671.89 |
| **TOTAL DISBURSEMENTS** | $99,652.00 | $11,562.86 | $11,562.86 | $9,510.03 |

4) This case was originally filed under Chapter 7 on November 16, 2016. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2017           By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Kia Sportage, 40000 miles | 1129-000 | 9,510.03 |
| **TOTAL GROSS RECEIPTS** | | **$9,510.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Parda Credit Union | 4110-000 | 14,295.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 56,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$70,295.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,701.00 | 1,701.00 | 1,701.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 1,072.50 | 1,072.50 | 1,072.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.75 | 12.75 | 12.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.28 | 13.28 | 13.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.61 | 13.61 | 13.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,838.14** | **$2,838.14** | **$2,838.14** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 374.00 | 558.66 | 558.66 | 427.22 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 1,970.00 | 1,920.10 | 1,920.10 | 1,468.32 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,245.96 | 6,245.96 | 4,776.35 |
| NOTFILED | SYNCB/LOWES | 7100-000 | 1,802.00 | N/A | N/A | 0.00 |
| NOTFILED | SYNCB/Wal-Mart | 7100-000 | 5,786.00 | N/A | N/A | 0.00 |
| NOTFILED | Parda Credit Union | 7100-000 | 12,613.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 4,974.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA | 7100-000 | 1,838.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$29,357.00** | **$8,724.72** | **$8,724.72** | **$6,671.89** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82689  
**Case Name:** KEMPTHORNE, CHERI

**Period Ending:** 12/12/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/16/16 (f)  
**§341(a) Meeting Date:** 12/22/16  
**Claims Bar Date:** 07/05/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 218 Belteberg Road, Loves Park, IL | 77,000.00 | 0.00 | | 0.00 | FA |
| 2 | Credit Union: Parda Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 3 | Credit Union: Parda Credit Union | 40.00 | 0.00 | | 0.00 | FA |
| 4 | Table,Living Room Set, Kitchen Cookware | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Two Tv's, Computer | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Used Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 401 (k): Fidelity | 26,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2013 Kia Sportage, 40000 miles | 9,675.00 | 4,230.00 | | 9,510.03 | FA |
| 9 | Cat | 10.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$113,830.00** | **$4,230.00** | | **$9,510.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee pursued recovery of the 2013 Kia Sportage. The vehicle was totalled in an automobile accident, and the Trustee recovered the proceeds. The Trustee will file his Final Report after the claim bar date.

**Initial Projected Date Of Final Report (TFR):** July 15, 2017        **Current Projected Date Of Final Report (TFR):** July 15, 2017  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-82689 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KEMPTHORNE, CHERI | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7866 - Checking Account |
| Taxpayer ID #: | **-***5070 | | Blanket Bond: | $4,396,000.00  (per case limit) |
| Period Ending: | 12/12/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/17 | {8} | Cheri A. Kempthorne | proceeds auto insurnace re motor vehicle | 1129-000 | 9,510.03 | | 9,510.03 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,500.03 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.75 | 9,487.28 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.00 | 9,472.28 |
| 06/05/17 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2017 FOR CASE #16-82689, Bond#016018067 | 2300-000 | | 13.28 | 9,459.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.61 | 9,445.39 |
| 09/22/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,072.50, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,072.50 | 8,372.89 |
| 09/22/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,701.00, Trustee Compensation;  Reference: | 2100-000 | | 1,701.00 | 6,671.89 |
| 09/22/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid  76.47% on $558.66; Claim# 1; Filed: $558.66; Reference: | 7100-000 | | 427.22 | 6,244.67 |
| 09/22/17 | 105 | Portfolio Recovery Associates, LLC | Dividend paid  76.47% on $1,920.10; Claim# 2; Filed: $1,920.10; Reference: | 7100-000 | | 1,468.32 | 4,776.35 |
| 09/22/17 | 106 | Portfolio Recovery Associates, LLC | Dividend paid  76.47% on $6,245.96; Claim# 3; Filed: $6,245.96; Reference: | 7100-000 | | 4,776.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,510.03 | 9,510.03 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,510.03 | 9,510.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,510.03** | **$9,510.03** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******7866 | 9,510.03 | 9,510.03 | 0.00 |
| | $9,510.03 | $9,510.03 | $0.00 |

{} Asset reference(s)

Printed: 12/12/2017 09:15 AM    V.13.30